

ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**AMANDA R. GRINER**
PARTNER
(516) 357-3402
amanda.griner@rivkin.com

June 18, 2026

<table>
<tr><td>

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         June 18, 2026

</td></tr>
</table>

**VIA ECF**

The Honorable Philip M. Halpern, U.S.D.J.
United State District Court, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

   Re:    *Veronica Kramer v. Alan Kramer, et al.*
        <u>Docket No. 7:26-cv-03402-PMH</u>

Dear Judge Halpern:

Our office represents Defendant The Law Offices of Andrew L. Cohen, Inc. in the above-captioned action.  We write to respectfully request the Court set The Law Offices of Andrew L. Cohen, Inc.'s deadline to respond to the Complaint from its current deadline of June 22, 2026 to July 6, 2026.

The Law Offices of Andrew L. Cohen, Inc.'s current deadline to respond to the Complaint is June 22, 2026.  This extension is requested because our office was recently retained to represent The Law Offices of Andrew L. Cohen, Inc. and we require additional time to review and assess the allegations in the Complaint before we can provide a response. This is the second request for an extension of time to respond to the Complaint made on behalf of the Law Offices of Andrew L. Cohen, Inc. The first request was made prior to our office's retention and was granted by the Court. I attempted to contact Plaintiff's counsel to determine whether they consent to this request on June 17 and June 18; however, Plaintiff's counsel failed to respond to my emails on both occasions.

        Respectfully submitted,

        RIVKIN RADLER, LLP

        */s/ Amanda R. Griner*

        Amanda R. Griner

cc:    All counsel of record via ECF

4916-1391-9670, v. 1

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, Fl 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777