RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

AMANDA R. GRINER
PARTNER
(516) 357-3402
amanda.griner@rivkin.com

August 2

Application granted. The August 31, 2026 conference is adjourned to October 5, 2026 at 2:30 p.m. and is converted to a telephone conference. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

SO ORDERED.

_______________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 27, 2026

**VIA ECF**

The Honorable Philip M. Halpern, U.S.D.J.
United State District Court, Southern District of New Y
The Hon. Charles L. Brieant Jr. Federal Building and C
300 Quarropas Street
White Plains, New York 10601

Re: *Veronica Kramer v. Alan Kramer, et al.*
Docket No. 7:26-cv-03402-PMH

Dear Judge Halpern:

Our office represents defendant The Law Offices of Andrew L. Cohen, Inc. ("Cohen") in the above-captioned action. I write, with consent of all parties, to respectfully request an adjournment of the scheduled Pre-motion Conference, which is currently scheduled for August 31, 2026.

The adjournment is requested because I will be out of town on previously scheduled vacation on August 31, 2026. This is the first request for an adjournment of this conference. Counsel for the other parties consent to this application.

I have conferred with counsel for the other parties in an effort to propose alternative dates for the conference that are mutually available for all parties. Counsel are all available on October 5, 6, 7, or 8 for a conference. Counsel for Robert 6, LLC, Yifat Schnur, Esq., respectfully requests an accommodation of a virtual appearance, if possible, due to the travel required for an appearance.

Respectfully submitted,

By: ___*/s Amanda R. Griner*_____________
Amanda R. Griner, Esq.
*Attorneys for Defendant*
*The Law Offices of Andrew L. Cohen, Inc.*
926 RXR Plaza
Uniondale, NY 11556-0926
Amanda.Griner@rivkin.com