UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

VERONICA KRAMER,

Plaintiff,

-against-

ALAN KRAMER, ELIZABETH CULHANE, THE LAW OFFICES OF ANDREW L. COHEN, INC., THE LAW OFFICES OF ROSEMARY HAYDEN PLLC, and ROBERT 6, LLC,

Defendants.

---------------------------------------------------------------------X

Civil Action No. 7:26-CV-03402

**~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff that, upon the consent of all Defendants, the Ninth Cause of Action in the First Amended Complaint for unjust enrichment is asserted solely as against Defendant Alan Kramer and Elizabeth Culhane.

Dated: New York, NY
October 12, 2026

**OFFIT KURMAN, PA**

By: ______________________________
Daniel I. Goldberg
John Paul Fulco
590 Madison Avenue, 6th Floor
New York, NY 10022
(347) 589-8542
*Attorneys for Plaintiff Veronica Kramer*

So, Ordered,

______________________________
Hon. Philip M. Halpern, U.S.D.J.

Dated: White Plains, New York
October 13, 2026